UNITED STATES of America, Appellant, v. O. W. DICKERSON et al.

No. 14609.

United States Court of Appeals
Eighth Circuit.

May 12, 1953.

Ellis N. Slack, Sp. Asst. to Atty. Gen., Harry Marselli, Sp. Asst. to Atty. Gen., William W. Crowdus, U. S. Atty., and W. Francis Murrell, Asst. U. S. Atty., St. Louis, Mo., for appellant.

Jay White, W. D. Jones, Rolla, Mo., Leo Lyng, Benjamin Roth, St. Louis, Mo., J. T. Dickerson, Forrest Powell, Edmond, Okl., and Fred C. King, Rolla, Mo., for appellees.

PER CURIAM.

Appeal from District Court, 101 F.Supp. 2o2, dismissed, on motion of appellant.

Alfred R. BACHRACH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 248, Docket 22634.

United States Court of Appeals
Second Circuit.

Argued May 14, 1953.

Decided June 23, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack and Louise Foster, Sp. Assts. to Atty. Gen., for respondent.

Alan Demar, New York City, for petitioner.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed on the opinion below, 18 T.C. 479, and Commissioner v. Smith, 2 Cir., 203 F.2d 310; Cohen v. Commissioner, 2 Cir., 148 F.2d 336; Janeway v. Commissioner, 2 Cir., 147 F.2d 602.

Thomas FONTANA, Libellant-Appellant, v. GRACE LINE, Inc. and States Marine Corporation, Respondents, and Huron Stevedoring Corporation, Pennsylvania Railroad Company, Jersey Contracting Corporation, Roslyn Scow Corporation, and Penn Stevedoring Corporation, Respondents-Impleaded, and Huron Stevedoring Corporation, Intervenor-Appellee.

No. 254, Docket 22671.

United States Court of Appeals
Second Circuit.

Argued June 2, 1953.

Decided June 22, 1953.

Nathan Baker, New York City, Bernard Chazen, Hoboken, N. J., on the brief, for libellant-appellant.

Kirlin Campbell & Keating, New York City, Thomas Coyne and Vernon Sims Jones, New York City, of counsel, for intervenor-appellee.

Before SWAN, Chief Judge, and CLARK and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, 106 F.Supp. 461.